IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BARBARA FERGUSON,

    Plaintiff,

v.

                                          Case No. 18-cv-936-wmc

ANDREW M. SAUL,
Commissioner of Social Security,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul against plaintiff Barbara Ferguson affirming the Commissioner's decision denying plaintiff's application for social security supplemental income.

| _____s/ A. Wiseman, Deputy Clerk_____ | _____2/21/2020_____ |
|:---:|:---:|
| Peter Oppeneer, Clerk of Court | Date |